## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DAVID WAYNE CHANDLER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-12-235-R** |
| | ) | |
| **JIM FARRIS, Warden,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin. Doc. No. 23. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the Amended Petition for writ of habeas corpus is hereby DENIED.

IT IS SO ORDERED this 1st day of December, 2014.

_____
**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**